UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | NO. 14-CR-00207 |
| --- | --- | --- |
| VS. | * | SECTION: "K" |
| CASEY THONN | * | MAGISTRATE ( ) |
| | * * * | |

### UNITED STATES' APPLICATION FOR WRIT OF GARNISHMENT

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes plaintiff, the United States of America, and respectfully makes application under the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205(b)(1), to this Court to direct the Clerk of Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Casey Thonn. In support of this application, the United States provides the following statement under 28 U.S.C. § 3205(b)(1).

1. The judgment debtor's name is Casey Thonn ("Thonn"), Social Security Number ***-**-7553, and his last known address is 3836 Kent Street, Slidell, LA 70458.

2. Judgment was entered on October 28, 2015 against Thonn in this action in the amount of $355,451.99. After deduction of all credits and payments made by defendant, a balance of $346,767.55 remains due and owing. [1]

3. Demand for payment of the above-stated debt was made upon Thonn not less than 30 days from April 28, 2024, and Thonn has failed to satisfy the debt.

---

[1] Out of an abundance of caution, the undersigned cross-referenced the U. S. Attorney's Office's accounting of Defendant's payment history with the U.S. District Court's accounting for the same. As of this date, the USAO payment history matches the Court's balance.

4. Bayou Boys Towing LLC ("Garnishee") is believed to owe or will owe money or property, including nonexempt disposable earnings, to Thonn, or is in possession of property of Thonn, and this property is a nonexempt interest of Thonn.

5. The name and address of the Garnishee or its registered agent is:

Bayou Boys Towing LLC
c/o Frank Dimitri, Registered Agent
1033 Berkshire Drive
Pearl River, LA  70452

6. Section 3205(c)(1) of Title 28 provides that "if the court determines that the requirements of [section 3205] are satisfied, the court shall issue an appropriate writ of garnishment." The requirements of 28 U.S.C. § 3205 are met.

**WHEREFORE**, the United States respectfully requests that the Court grant this application and issue the Writ of Garnishment to Bayou Boys Towing LLC.

    Respectfully submitted,

    DUANE A. EVANS
    UNITED STATES ATTORNEY

    *s/ Churita H.    Hansell*
    Churita H. Hansell (#25694)
    Assistant United States Attorney
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3000
    Facsimile:  (504) 589-4014
    Email: *Churita.Hansell@usdoj.gov*